# United States Bankruptcy Court

_____Eastern_____ DISTRICT OF _____Massachusetts_____

In re _____Dora L. Aja_____, Case No. _____09-21872_____
         Debtor                                                                (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report totals from Schedules A,B,D,E,F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 1,565,000.00 | | |
| B - Personal Property | yes | 1 | $ 34,700.00 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ 1,726,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | yes | 1 | | $ 50,000.00 | |
| F - Creditors Holding Unsecured Non-Priority Claims | yes | 2 | | $ 67,020.00 | |
| G - Executory Contracts and Unexpired Leases | yes | 2 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtors | yes | 1 | | | $ 4,767.00 |
| J - Current Expenditures of Individual Debtor(s) | yes | 2 | | | $ 3,837.00 |
| Total Number of Sheets of ALL Schedules -> | | 14 | | | |
| Total Assets -> | | | $ 1,599,700.00 | | |
| Total Liabilities -> | | | | $ 1,343,020.00 | |

AZAAZBAH

In re _____Dora Aja_____    Case No. _____021872_____
      Debtor                                             (If known)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds the rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G–Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C–Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 22.5 Sigourney Street Jamaica Plain, 02130 | Primary Residence | | $500,000.00 | $503,000.00 |
| 103 Townsend St Dorchester, ma 02121 | Rental | | $590,000.00 | $638,000.00 |
| 92 Hamilton Street Worcester, Ma 01604 | REntal income property | | $225,000.00 | $330,000.00 |
| 9-11 William St worcester, Ma 01609 | Rental income property | | $550,000.00 | $570,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total ▶ $ 1,565,000.00 | |

(Report also on Summary of Schedules)

AZAAZBAH

In re _____Dora L. Aja_____     Case No. _____09-21872_____
        Debtor                                                                  (if known)

## SCHEDULE B – PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C–Property Claimed as Exempt.

    Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G–Executory Contracts and Unexpired Leases.

    If the property is being held for the debtor by someone else, state that person's name and address under "Description

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | self | | $2,200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | personal belongings | | $7,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pintings | | $3,000.00 |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |

In re _____Dora L Aja_____ , Case No. ___09-21872___
      Debtor                                         (If Known)

DEC 21 '09 PM 12:56 USB

## SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts Receivable. | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re _____Dora Aja_____, Case No. _____09-21872_____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(If Known)

## SCHEDULE B – PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. |  | 2005 Cadillac CTS |  | $7,500.00 |
| 24. Boats, motors, and accessories. | x |  |  |  |
| 25. Aircraft and accessories. | x |  |  |  |
| 26. Office equipment, furnishings, and supplies. | x |  |  |  |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x |  |  |  |
| 28. Inventory. |  | Laundromat Equipment |  | $15,000.00 |
| 29. Animals. | x |  |  |  |
| 30. Crops-growing or harvested. Give particulars. | x |  |  |  |
| 31. Farming equipment and implements. | x |  |  |  |
| 32. Farm supplies, chemicals, and feed. | x |  |  |  |
| 33. Other personal property of any kind not already listed. Itemize. | x |  |  |  |

　　　　　　　　　　　　☐ continuation sheets attached　　Total ▶　$　34,700.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

AZAAZBAH

In re _____ **Dora Aja** _____,    Case No. _____ 09-21872 _____
          Debtor                                            (If Known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

**(Check one box)**

☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 22.5 Sigourney St. Jamaica Plain, Ma 02130 | Homestead | $500,000.00 | $500,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re __Dora L. Aja__, Case No. __09-21872__
    Debtor                                                (If Known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0014941389 AHMSI 0014941389 P.O. Box 619063 Dallas, TX 75621 | | | 2005 Mortgage  VALUE $ 500,000.00 | | | | $373,000.00 | |
| ACCOUNT NO. Citizens Bank 480 Jefferson blvd Warwick RI | | | 2006 Ssecond Mortgage  VALUE $ 500,000.00 | | | | $128,000.00 | |
| ACCOUNT NO. Emmigrant Funding 42e 6th street NY, NY 10017 | | | 2006 mortgage  VALUE $ 550,000.00 | | | | $580,000.00 | |
| ACCOUNT NO. Brookline Bank 0240037980 P.O. Box 740724 Cincinnati, OH 452 | | | 2006 Automobile  VALUE $ 7,500.00 | | | | $7,000.00 | |

☐ continuation sheets attached

Subtotal (Total of this page) $ 1,088,000.00
Total (Use only on last page) $ 1,088,000.00
(Report total also on Summary of Schedules.)

AZAAZBAH

In re _____Dora L. Aja_____, Case No. _____09-21672_____
  Debtor                                      (If Known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 003720612<br><br>EMC Mortgage<br>800 state highway<br>121 bypass<br>Lewisville, TX 75067 | | | 2006<br>mortgage<br><br>VALUE $ 290,000.00 | | | | $638,000.00 | |
| ACCOUNT NO.<br><br>J | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no._____ of _____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► $ 1,726,000.00
(Total of this page)
Total ► $
(Use only on last page)
(Report total also on Summary of Schedules.)

In re: _____Dora L. Aja_____,        Case No. _____09-21872_____
         Debtor(s)                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507 (a)(2).

☐ **Wages, salaries, and commissions**   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,300* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(3).

☐ **Contributions to employee benefit plans**   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(4).

☐ **Certain farmers and fishermen**   Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(5).

☐ **Deposits by Individuals**   Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use that were not delivered or provided. 11 U.S.C. §507 (a)(6).

☐ **Alimony, Maintenance, or Support**   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §507 (a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507 (a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507 (a)(9).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| A/C# | | | | | | | | |
| DOR<br>P.O. Box 7003<br>Boston, Ma 02204 | | | | | | | $5,000.00 | $5,000.00 |
| A/C# | | | | | | | | |
| Internal Revenue Service<br>310 Lowell St<br>Andover, MA 01810 | | | | | | | $45,000.00 | $45,000.00 |
| A/C# | | | | | | | | |
| | | | | | | | | |

☐ Continuation sheets attached.         Subtotal -> $ 50,000.00
                                   (Total of this page)
                                        Total -> $
(use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

AZAAZBAH

In re _____Dora L. Aja_____,          Case No. _____09-21872_____
            Debtor                                   (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Home Depot<br>P.O. Box 20483<br>Kansas City, MO 64195 | | | 2006<br>Credit Card debt | | | | $2,200.00 |
| ACCOUNT NO.<br><br>Elias Hanna<br>58 Brigham Hill Rd<br>Grafton, MA 01519 | | | 2006<br>judgement | | | | $30,000.00 |
| ACCOUNT NO.<br><br>Citizens Bank<br>1311860573<br>P.O. Box 9027<br>Williamsville NY 14231 | | | 2008<br>overdraft fee | | | | $1,600.00 |
| ACCOUNT NO.<br><br>National Grid<br>5255446000<br>P.O. Box 4300<br>Woburn, Ma 01888 | | | 2008<br>Electric | | | | $3,000.00 |

☐ Continuation sheets attached

Subtotal ► $ 36,800.00
(Total of this page)
Total ► $ 36,800.00
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

AZAAZBAH

In re __Dora L. Aja_____,    Case No. __09-21872_____
             Debtor                                                      (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>National Grid<br>8923875001<br>P.O. Box 01807<br>Woburn ma 01807 | | | 2008<br>Gas | | | | $14,000.00 |
| ACCOUNT NO.<br><br>Nstar<br>5173222813<br>P.O. Box 4508<br>Woburn Ma 01888 | | | 2008<br>Gas | | | | $945.00 |
| ACCOUNT NO.<br><br>Nstar<br>8027384060029<br>P.O. Box 4508<br>Woburn Ma 01888 | | | 2008<br>Electricity | | | | $3,300.00 |
| ACCOUNT NO.<br><br>Office of the Trustee<br>Post Office Square | | | 2008<br>post-case liability | | | | $975.00 |
| ACCOUNT NO.<br><br>Worcester Dept of Public works<br>Main Street<br>Worcester, Ma 01609 | | | 2008<br>Water and Sewer | | | | $11,000.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of                Subtotal ► $ 67,020.00
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)
                                                                          Total ► $
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

AZAAZBAH

In re _____Dora L. Aja_____,    Case No. _____09-21872_____
      Debtor                                                                         (If Known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
    State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
    Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tammy Sheff<br>9 William St #6<br>Worcester, Ma 01609<br>Wendy Silverstein<br>11 William #6 | Worcester Housing authority<br>11 Belmont t St<br>worcester, Ma 01609 |
| Alexis Rivera<br>9 William St #5<br>Worcester, ma 016009<br>John Mahon<br>11 William #5 | Worcester Housing authority<br>11 Belmont t St<br>worcester, Ma 01609 |
| Mildred Vega<br>11 William St #2<br>Worcester, Ma 01609<br>Mirriam Valentin<br>11 william #4 | Worcester Housing authority<br>11 Belmont t St<br>worcester, Ma 01609<br>Rcap Solutions<br>35 School Street<br>Garner Ma |
| Francisco Deleon<br>11 William St #1<br>Worcester, Ma 01609 | Rcap Solutions<br>35 School Street<br>Garner Ma |

Cont Schedule G Executory Contracts and Unexpired Leases

Karen Laliberte          Pact Program
92 Hamilton St #6        62 Jacques ave
Worcester, Ma 01604      Worcester, ma

Melanie Griffin          Pact Program
92 Hamilton St #4        62 Jaques ave
Worcester, Ma 01604      Worcester, Ma

Adam Rabinskin           Pact Program
92 Hamilton Street #3    62 Jaques ave
Worcester, ma 01604      Worcester, ma

                         Pact Program
11 William St #3         62 Jacques Ave
Worcester, Ma 01609      Worcester, Ma

In re _____Dora L. Aja_____,        Case No. _____09-21872_____
            Debtor                                    (If Known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if there are no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 86-92 Hamilton Realty LLC<br>20 sigourney Street<br>Jamaica Plain, Ma 02130 | Emmigrant Funding<br>42 E 6th street<br>NY,NY 10017 |

AZAAZBAH

In re _____ Dora L. Aja _____ ,                        Case No. _____ 09-21872 _____
                    Debtor                                                  (If Known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | None | | |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real Estate salesperson | |
| Name of Employer | Greenville Realty | |
| How long employed | 6 mos | |
| Address of Employer | 183 green st Jamaica plain | |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,500.00 | $ _____ |
| Estimated monthly overtime | $ _____ | $ _____ |
| SUBTOTAL | $ 2,500.00 | $ 0.00 |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | $ 733.00 | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (Specify)_____ | $ _____ | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 733.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,767.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| Income from real property | $ _____ | $ _____ |
| Interest and dividends | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _____ | $ _____ |
| Social security or other government assistance (Specify)_____ | $ _____ | $ _____ |
| Pension or retirement income | $ _____ | $ _____ |
| Other monthly income | $ _____ | $ _____ |
| (Specify) owners primary residence | $ 1,800.00 | $ _____ |
| income from rental income proeprties | $ 2,506.00 | $ _____ |
| TOTAL MONTHLY INCOME | $ 6,073.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ _____ 6,073.00 _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

**Income and expenses on rental units**          income

9 William St

| | | |
|---|---|---|
| | 1 | 650 |
| | 2 Vacant | |
| | 3 | 735 |
| | 4 | 650 |
| | 5 | 700 |
| | 6 | 773 |

11 William St

| | | |
|---|---|---|
| | 1 | 660 |
| | 2 | 700 |
| | 3 | 650 |
| | 4 | 715 |
| | 5 | 700 |
| | 6 | 700 |

92 Hamilton St

| | | |
|---|---|---|
| | 1 | 800 |
| | 2 | 850 |
| | 3 | 650 |
| | 4 | 600 |
| | 5 | 600 |
| | 6 | 735 |

                                                        11868

Repayment balance
Repayment balance

|  |  | expenses |
|---|---|---|
| 2528 |  | Mortgage payment |
| 1422 |  | Mortgage payment |
| 813 |  | Taxes |
| 922 |  | Insurance |
| 435 |  | Rubbish collection |
| 200 |  | cleaning |
| 300 | five months only | snow removal |
| 50 | six months only | pest elimination |
| 600 |  | Water |
| 290 |  | electricity |
| 7560 | includes hot water exp | Total Expenses |
| 1252 |  | 10% vacancy rate |
| 8812 |  | Total Expenses until May 2010 |
| 2506 |  | Balance Payment |

11318

In re __Dora L. Aja_____,                     __09-21872__
      Debtor                                                            (If known)

## SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,561.00 |
| Are real estate taxes included? Yes ☐ No ☑ | | |
| Is property insurance included? Yes ☐ No ☑ | | |
| Utilities  Electricity and heating fuel | $ | 100.00 |
|     Water and sewer | $ | |
|     Telephone | $ | 60.00 |
|     Other condo fee | $ | 461.00 |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 450.00 |
| Clothing | $ | |
| Laundry and dry cleaning | $ | |
| Medical and dental expenses | $ | |
| Transportation (not including car payment) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| Charitable contributions | $ | 30.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | |
|     Life | $ | |
|     Health | $ | |
|     Auto | $ | 250.00 |
|     Other _____ | $ | 300.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | |
| Installment payments: (in Chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | |
|     Other_____ | $ | |
|     Other_____ | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other University of Massachusetts | $ | 300.00 |

| | |
|---|---|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) $____3,637.00____ | 3,637.00 |

### [FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 6,073.00 |
| B. Total projected monthly expenses | $ | 3,637.00 |
| C. Excess income (A minus B) | $ | 2,436.00 |
| D. Total amount to be paid into plan each  trimester | $ | 2,436.00 |
|     (interval) | | |

```
                                    dora Aja
                                    09-21872
                                    expenses

 2528                               Mortgage payment
 1422                               Mortgage payment
  813                               Taxes
  922                               Insurance
  435                               Rubbish collection
  200                               cleaning
  300 five months only              snow removal
   50 six months only               pest elimination
  600                               Water
  290                               electricity
 7560 includes hot water exp        Total Expenses
 1252                               10% vacancy rate

 8812                               Total Expenses until May 2010

 2506                               Balance Payment




11318
```

Income and expenses on rental units     income
Dora Aja 09-21872

9 William St

| | | |
|---|---|---|
| | 1 | 650 |
| | 2 Vacant | |
| | 3 | 735 |
| | 4 | 650 |
| | 5 | 700 |
| | 6 | 773 |

11 William St

| | | |
|---|---|---|
| | 1 | 660 |
| | 2 | 700 |
| | 3 | 650 |
| | 4 | 715 |
| | 5 | 700 |
| | 6 | 700 |

92 Hamilton St

| | | |
|---|---|---|
| | 1 | 800 |
| | 2 | 850 |
| | 3 | 650 |
| | 4 | 600 |
| | 5 | 600 |
| | 6 | 735 |

                                                                                                                                            11868

Repayment balance
Repayment balance